UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KELLEE M. L., | No. CV 24-1430-E |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Respondent. | |

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of

the Social Security Administration is reversed in part and the matter

is remanded for further administrative action consistent with the

Opinion filed concurrently herewith.


   Dated:  August 27, 2024.



                                        _____
                                        CHARLES F. EICK
                                        UNITED STATES MAGISTRATE JUDGE